IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANGELA DOWLING, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-24-CV-447-FB |
| UNITED STATES ATTORNEY'S OFFICE, | § § § | |
| Defendant. | § | |

## J U D G M E N T

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge, filed in this case on July 2, 2024 (docket #5), is ACCEPTED such that Plaintiff's case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a non-frivolous claim for relief.  Motions pending, if any, are also DISMISSED, and this case is CLOSED.

It is so ORDERED.

SIGNED this 28th day of July, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE